**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

DAVID SEABURY AND
DONNA SEABURY

VS. C. A. NO.: 05-334

ARTHUR E. CHATFIELD, III, ESQ.

## ANSWER TO VERIFIED COMPLAINT

1. The defendant neither admits nor denies the plaintiffs' first allegation as alleged, but leaves the plaintiffs to their necessary proof.

2. The defendant, Attorney Arthur E. Chatfield, III, admits that he is an attorney licensed to practice law in Rhode Island, but leaves the allegation of "debt collector" within the meaning of 15 USC §1692a(6) to the plaintiffs' proof.

3. Admitted.

4. The defendant neither admits nor denies the fourth allegation as alleged, but leaves the plaintiffs' to their necessary proof herein.

5. Admitted.

6. The defendant neither admits nor denies the sixth allegation as alleged, but leaves the plaintiffs' to their necessary proof herein.

7. Denied within the defendant's knowledge and belief.

8. Admitted.

9. The defendant neither admits nor denies the ninth allegation as alleged, but leaves the plaintiffs' to their necessary proof herein.

10. Admitted.

11. Admitted.

12. The defendant neither admits nor denies the twelfth allegation as alleged, but leaves the plaintiffs' to their necessary proof herein.

DEFENDANT'S ANSWER TO COUNT I

13. The defendant re-alleges and re-incorporates his answers to paragraphs 1-12 of this verified complaint as if set forth herein in full.

14. Denied.

DEFENDANT'S ANSWER TO COUNT II

15. The defendant re-alleges and re-incorporates his answers to paragraphs 1-12 of this verified complaint as if set forth herein in full.

16. Denied.

DEFENDANT'S ANSWER TO COUNT III

17. The defendant re-alleges and re-incorporates his answers to paragraphs 1-12 of this verified complaint as if set forth herein in full.

18. Denied.

DEFENDANT'S ANSWER TO COUNT IV

19. The defendant re-alleges and re-incorporates his answers to paragraphs 1-12 of this verified complaint as if set forth herein in full.

20. Denied.

WHEREFORE, the defendant requests that the plaintiffs' complaint and defendant be granted the following relief:

1. Attorney's fees.

2. Sanctions.

AFFIRMATIVE DEFENSES

The plaintiffs have no cause of action insofar as the plaintiffs were represented by an attorney prior to the commencement of the second court suit and no request or demand was given by the plaintiffs' attorney to obtain verification of the debt pursuant to 15 USC §1692(g) of the debt by defendant's attorney.

Attorney Arthur Chatfield, III

P.C.

Pro Se
371 Broad Street
Providence, RI 02907
(401) 274-2424
Fax (401) 273-1449

Esquire, 370 Broadway, Providence, RI, 02909, on this 11th day of August, 2005.

[signature]