UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DAVID SEABURY, ET AL.,
Plaintiff s

v. C.A. 05-334S

ARTHUR E. CHATFIELD, III,
Defendant

CLERK'S MINUTES

| | |
|---|---|
| Judge: | Honorable William E. Smith |
| Court Reporter: | Anne Clayton |
| Courtroom Deputy: | Alba-Sue Mercurio |
| For Plaintiffs: | Michael S. Pezzullo |
| For Defendant: | Arthur E. Chatfield, III, Pro Se |
| Date: | September 14, 2005 |

MOTION HEARING: 10:42 a.m. - 10:53 a.m.

Parties identify themselves for record. Discovery closes 3/14/06; dispositive motion deadline 3/14/06; and pretrial memorandum deadline 4/1/06. Case will be placed on April or May trial calendar. Case will be referred to MJ Lovegreen for early settlement conference. If case does not settle, parties to meet with Berry Mitchell to discuss further settlement options.