UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID SEABURY and DONNA SEABURY

VS CA-05-334-S

ARTHUR E. CHATFIELD, III, ESQ.

**DISMISSAL STIPULATION**

It is hereby agreed that the following entry shall be made in the above-captioned action:

1. The Plaintiffs' Verified Complaint is hereby dismissed with prejudice. No interest. No costs.

Plaintiffs,
By their Attorney,

Michael S. Pezzullo, Esq. (5489)
376 Broadway
Providence RI 02909
Tel: 401-521-8400

Dated: November ~~4~~ 29, 2005

Arthur E. Chatfield [illegible] #3375
371 Broad St
Providence RI 02904
(401) 274-[illegible]

ENTER WEM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 11/29/05